UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

BATTLES, INC.,

    Plaintiff,

v.

NATIONWIDE GENERAL INSURANCE CO.,

    Defendant.
_____/

Case Number 19-00013
Honorable David M. Lawson
Magistrate Judge Debra C. Poplin

## ORDER OF DISMISSAL

On August 19, 2020, the parties notified the Court that they had reached a final settlement of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before September 18, 2020**.

    s/David M. Lawson
    DAVID M. LAWSON
    United States District Judge

Dated: August 19, 2020